## 42281. STRICKLAND v. ENGLISH.

PANNELL, Judge. Where a demurrer to one of the prayers of a petition is sustained and the prayer is ordered deleted from the petition and the petition redrawn, such an order is not a final judgment or such other ruling, judgment, or order as

will support an appeal under the provisions of Section 1 of the Appellate Practice Act of 1965. Ga. L. 1965, p. 18 (*Code Ann.* § 6-701). The appeal, in the present case, from such an order must therefore be dismissed.

*Appeal dismissed. Felton, C. J., and Frankum, J., concur.*
ARGUED SEPTEMBER 9, 1966—DECIDED DECEMBER 2, 1966.

L. B. Kent, for appellant.

Hatcher, Stubbs, Land & Rothschild, J. Rudolph Jones, A. J. Land, Albert W. Stubbs, for appellee.